890

No. 398.   Horsman Dolls, Inc. *v.* Unemployment Compensation Commission.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction, 28 U. S. C. § 1257 (2).   The petition for writ of certiorari is denied. *Samuel Kaufman* and *Nathan Bilder* for appellant-petitioner.   *Theodore D. Parsons*, Attorney General of New Jersey, *Joseph A. Murphy*, Assistant Deputy Attorney General, *Herman D. Ringle* and *Charles A. Malloy* for appellee-respondent.

No. 410.   Interstate Commerce Commission et al. *v.* New York Central Railroad Co. et al.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   Mr. Justice Black and Mr. Justice Reed dissent from the action of the Court in affirming without oral argument.   *Daniel W. Knowlton* and *Edward M. Reidy* for the Interstate Commerce Commission; *Harry C. Ames* and *James B. Doak* for the Chamber of Commerce of Philadelphia et al.; and *Paul V. Miller* and *Anthony P. Donadio* for the Baltimore & Ohio Railroad Co. et al., appellants.   *Robert J. Fletcher* for the New York Central Railroad Co. et al.; *Timothy J. Murphy*, Assistant Attorney General of Massachusetts, *B. A. Brickley* and *Oliver T. Waite* for the Port of Boston Authority; *Mr. Brickley* and *Mr. Waite* for the Boston Grain & Flour Exchange et al.; *Leander I. Shelley, Wilbur La Roe, Jr., Arthur L. Winn* and *Samuel H. Moerman* for the Port of New York Authority; and *William H. Kerr* for the City of Boston, appellees.